

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00673-CV

**IN RE** John P. **CLEMENT** IV, M.D.
and South Texas Radiology Imaging Centers

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Sandee Bryan Marion, Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice

Delivered and Filed:  November 12, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relators filed this petition for writ of mandamus on September 25, 2014. The real party in interest filed a response to the petition on October 10, pursuant to this court's order of September 26, 2014.

Relators have advised that the issues raised by the mandamus proceeding have become moot, and the parties have agreed the mandamus petition should be dismissed. Accordingly, this original mandamus proceeding is dismissed as moot. The temporary stay previously ordered by this court is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-11620, styled *In re Walton Albert Rutledge*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.